# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| LORRAINE C. RUSH | )<br>) |
| Plaintiff, | )<br>)  Case No. 2:06-0048 |
| | )  Judge Nixon |
| v. | )  Magistrate Judge Bryant |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Lorraine C. Rush's ("Plaintiff") Motion for Judgment on the Administrative Record. (Doc. No. 18). Defendant ("Defendant" or "Commissioner") filed a Response to Plaintiff's Motion for Judgment. (Doc. No. 21). Magistrate Judge Bryant ("Magistrate Judge") issued a Report and Recommendation ("Report") (Doc. No. 22). No Objections to the Report have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus **ADOPTS** it in its entirety. Accordingly, pursuant to sentence four (4) of 42 U.S.C. § 405(g), the Court hereby **GRANTS** Plaintiff's Motion for Judgment on the Administrative Record, **REVERSES** the decision of the Commissioner, and

---

[1] Michael J. Astrue was sworn in as Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1) and the last sentence of 42 U.S.C. § 405(g), Michael J. Astrue is automatically substituted as Defendant in the above-captioned case, and no further action is necessary to continue this case.

**REMANDS** the case for further administrative proceedings. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this the ___20___ day of March, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT